IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWAYNE CLINE NIMMONS,

     Petitioner,

v.                                      CASE NO. 4:10cv321-SPM-WCS

KENNETH S. TUCKER,

     Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 24) dated September 7, 2011. Petitioner was furnished a copy, and has filed objections (doc. 25).

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. Petitioner is steadfast in his refusal to amend his 2254 petition by using the standard form in this district and filing separate petitions for the judgments in 2000-1122 and 200-2551, as previously ordered. See docs. 5 and 9. Accordingly it is

ORDERED AND ADJUDGED:

1.    The report and recommendation (doc. 24) is adopted and incorporated by reference in this order.

2.      This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute.

DONE AND ORDERED this 27th day of September, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge